UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MELISSA R. JANDLE, | Case No. 1:17-cv-78 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 20),
AND OVERRULING PLAINTIFF'S OBJECTION (Doc. 21),
AND TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on January 8, 2018, submitted a Report and Recommendation. (Doc. 20). Plaintiff timely filed an objection ("Objection") (Doc. 21).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does

---

[1] The Objection is not well-taken. The Objection argues that the Administrative Law Judge erred in weighing the medical evidence in this case. (Doc. 21 at 2-4). Plaintiff already made this argument to the Magistrate Judge, who properly rejected it for the reasons asserted in the Report and Recommendation. (Doc. 20 at 10-18).

determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 20) is **ADOPTED**;

2. Plaintiff's Objection (Doc. 21) is **OVERRULED**;

3. The Commissioner's decision is **AFFIRMED**; and

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 3/1/18 *s/ Timothy S. Black*
Timothy S. Black
United States District Judge